

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-82,581-02 & WR-82,581-03

## EX PARTE DARRELL W. DAVIS, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. C-4-W012195-1265894-B & C-4-W012191-1262850-A
### IN THE CRIMINAL DISTRICT COURT NO. 4 FROM TARRANT COUNTY

*Per curiam*. KELLER, P.J. filed a concurring opinion. SLAUGHTER, J. filed a dissenting opinion joined by RICHARDSON, J. YEARY, J. joined part V only.

## O P I N I O N

Applicant pleaded guilty and was convicted of evading arrest and possession of a firearm by a felon and sentenced to thirty years' imprisonment in each cause. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his sentences are illegal because a non-aggravated state jail offense was used in the habitual offender enhancement allegations. Both the State and the trial court agree that there is no other felony offense that could have been used to enhance these punishments to habitual offender status.

Relief is granted. *Samaripas v. State*, 454 S.W.3d 1 (Tex. Crim. App. 2014); *Ex parte Parrott*, 396 S.W.3d 531 (Tex. Crim. App. 2013). The judgments in cause numbers C-4-W012195-1265894 & C-4-W012191-1262850 in the Criminal District Court No. 4 District Court of Tarrant County are set aside, and Applicant is remanded to the custody of the Sheriff of Tarrant County to answer the charges as set out in the indictments. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 1, 2023
Do not publish